UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 3, 2003
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Robert Francis Baker, Jr.

             v.              CASE NUMBER: CIV S-03-0675 MCE DAD P

California Department of Corrections, et al.

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 03, 2003.**

ENTERED:   July 3, 2003

Jack L. Wagner,
Clerk of the Court

by: _____
B. Dotson, Deputy Clerk

```
                United States District Court
                         for the
                Eastern District of California
                      July 3, 2003
```

## * * CERTIFICATE OF SERVICE * *

2:03-cv-00675

Baker

   v.

CA Dept Corrections

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 3, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Robert Francis Baker                      AS/MCE
H-75723
CMF                                       PB/DAD
California Medical Facility
PO Box 2000
1600 California Drive
Vacaville, CA   95696-2000

Constance L Picciano
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550
```

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk